ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-00046 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| CARIA TOMCZYKOWSKA, | |
| Defendant. | |

      The Defendant, CARIA TOMCZYKOWSKA, represented by Edward Smock, Assistant Federal Public Defender, and the Government, represented by Sailaja Paidipaty, Assistant United States Attorney, appeared before the Court on March 30, 2018, for a status hearing. Defense counsel represented that additional time was needed for attorney preparation.

      The Court set a further status conference for May 25, 2018, at 9:30 a.m. Defendant requested that time be excluded under the Speedy Trial Act between March 30, 2018 and May 25, 2018 to conduct necessary investigation. The Government did not object to the request to exclude time.

      Therefore, the parties agree, and the Court finds and holds, as follows:

1.     This matter is set before this Court for a status conference on May 25, 2018.

2.     The time between March 30, 2018 and May 25, 2018 is excluded under the Speedy Trial

Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 4/19/2018

/s/ *Edward Smock*
EDWARD SMOCK
Counsel for Defendant

Dated: 4/19/2018

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 20, 2018

IT IS SO ORDERED
Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA