| | |
|---|---|
| 1 | STEVEN G. KALAR <br> Federal Public Defender |
| 2 | NED SMOCK <br> Assistant Federal Public Defender |
| 3 | 1301 Clay Street, Suite 1350N <br> Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 <br> Fax: (510) 637-3507 |
| 5 | Email: ned_smock@fd.org |
| 6 | Counsel for Defendant <br> CARIA TOMCZYKOWSKA |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CR 18-0046 JST |
| | PLAINTIFF, | [PROPOSED] ORDER |
| | V. | |
| CARIA TOMCZYKOWSKA, | | |
| | DEFENDANT. | |

Based on the assertions and agreement of the parties as set forth in the parties' filed Stipulation dated May 14, 2018, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 6, 2018, at 9:30 a.m., before the Honorable Jon S. Tigar, for further status.

The Court further finds that failing to exclude the time between the date of this filing and June 15, 2018, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between now and July 6, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

1  Accordingly, IT IS FURTHER ORDERED that the time between today's date and the July

2  6, 2018 appearance shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.

3  § 3161(h)(7)(B)(iv).

4

5  IT IS SO ORDERED.

6

7  DATED: May 21, 2018

    HON. JON S. TIGAR
8      UNITED STATES DISTRICT JUDGE