STEVEN G. KALAR
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: David_Rizk@fd.org

Counsel for Defendant Tomczykowska

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARIA TOMCZYKOWSKA,<br><br>Defendant. | **Case No.:** CR 18–00046 JST<br><br>**AMENDED STIPULATION SEEKING CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED ORDER]** |

The parties hereby request that the status hearing date of July 6, 2018, presently scheduled at 9:30 a.m. before the Honorable Jon S. Tigar, be vacated and the matter be reset for July 20, 2018 at 9:30 a.m. Counsel have conferred and the assigned Assistant United States Attorney is available on the latter date.

The undersigned counsel recently substituted into this case and met with Ms. Tomczykowska for the first time. The undersigned will also be at a conference out of the district from June 18-30. Defendant's counsel therefore requests a brief continuance of two weeks to complete review of the discovery provided in this case, and to resume conversations with the assigned Assistant United States Attorney regarding a possible resolution of this matter.

Defendant's counsel represents that he has fully informed his client of her Speedy Trial rights and that, to his knowledge, his client understands those rights and agrees to waive them. Defendant's counsel further believes that his clients' decision to give up the right to be brought to trial earlier than if time were not excluded from the Speedy Trial Act is an informed and voluntary one.

The parties agree and stipulate that time under the Speedy Trial Act should be excluded from July 6, 2018, to July 20, 2018, under 18 U.S.C. §3161(h)(1)(G) and 18 U.S.C. §3161(h)(7)(B)(iv), for effective preparation of defense counsel while further investigation is conducted, legal research is performed, and defense counsel discusses the case with his client and for continuity of counsel.

DATED: June 15, 2018                     /S/
                                          DAVID W. RIZK
                                          Assistant Federal Public Defender
                                          Counsel for LANCE NATHANIEL BURTON


DATED: June 15, 2018                     /S/
                                          CHRISTOPHER VIEIRA
                                          Special Assistant United States Attorney


**ORDER**

Based on the assertions and agreement of the parties as set forth in the parties' filed Stipulation dated June 14, 2018, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 20, 2018, at 9:30 a.m., before the Honorable Jon S. Tigar, for further status.

The Court further finds that failing to exclude time from June 14, 2018 to July 20, 2018, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and continuity of defense counsel. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between now and July 20, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

AMENDED STIPULATION AND PROPOSED ORDER
*TOMCZYKOWSKA*, CR 18–00046 JST

2

Accordingly, IT IS FURTHER ORDERED that the time between July 6, 2018 and the July 20, 2018 appearance shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 15, 2018

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE