ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> CARIA TOMCZYKOWSKA, <br>     Defendant. | No. CR 18-00046 JST <br><br> STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |

       The Defendant, CARIA TOMCZYKOWSKA, represented by David Rizk, Assistant Federal Public Defender, and the Government, represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court on July 20, 2018, for a status hearing.

       The Court set a change of plea or trial setting conference for September 7, 2018, at 9:30 a.m. Defendant requested that time be excluded under the Speedy Trial Act between July 20, 2018 and September 7, 2018 to conduct necessary investigation. The Government requested that time be excluded under the Speedy Trial Act between July 20, 2018 and September 7, 2018 for continuity of counsel.

       Therefore, the parties agree, and the Court finds and holds, as follows:

1.     This matter is set before this Court for a change of plea or trial setting conference on September 7, 2018.

STIPULATION AND [PROPOSED] ORDER
CR 18-00046 JST

2. The time between July 20, 2018 and September 7, 2018 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the requested continuance would also unreasonably deny the Government continuity of counsel. The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 7/23/2018

/s/ *David Rizk*
DAVID RIZK
Counsel for Defendant

Dated: 7/23/2018

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: July 24, 2018

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER
CR 18-00046 JST