IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARIA TOMCZYKOWSKA,<br><br>Defendant. | **Case No.:** CR 18–46 JST<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING HEARING** |

The above-entitled matter is currently scheduled for sentencing on December 14, 2018. The defendant recently underwent surgery and requires additional time to collect and submit financial documentation to U.S. Probation for the draft Presentence Report. The defense accordingly requests that sentencing be continued until January 25, 2019.

The government and the assigned probation officer have no objection to this proposed continuance.

Therefore, for good cause shown the sentencing hearing currently scheduled on December 14, 2018 shall be vacated. The matter shall be continued until January 25, 2019.

//
//
//
//
//
//
//
//

IT IS SO STIPULATED.

    November 26, 2018      ALEX TSE
    Dated      United States Attorney
         Northern District of California

           /S/
         CHRISTOPHER VIEIRA
         Assistant United States Attorney

    November 26, 2018      STEVEN G. KALAR
    Dated      Federal Public Defender
         Northern District of California

           /S/
         DAVID RIZK
         Assistant Federal Public Defender

IT IS SO ORDERED.

    11/27/18      JON S. TIGAR
    Dated      United States District Judge